**FILED**
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS

Oct 1, 2018

OFFICE OF THE CLERK

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## HOT SPRINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | |
| v. | ) | No. 18-6093 |
| | ) | |
| OUACHITA GRAVEL COMPANY, INC. | ) | |
| Defendant | ) | |

## COMPLAINT

Comes now the United States of America and for its cause of action against the defendant herein, alleges and states as follows:

## JURISDICTION

1.     This Court has jurisdiction over the subject matter of this action by virtue of 28 U.S.C. § 1345 and § 110 of the Federal Mine Safety and Health Act of 1977, 30 U.S.C. § 801 *et seq.* (hereinafter the "Act").  Additionally, the Federal Debt Collection Procedures Act of 1990 ("FDCPA") authorizes the government's action now "to recover a judgment on [the] debt" that Defendants have long refused to pay.  28 U.S.C. § 3001(a).

2.     Plaintiff is the United States of America, by and through the United States Department of Treasury, acting for and on behalf of the United States Department of Labor, Mine Safety and Health Administration (hereinafter "MSHA").

3.     The defendant, Ouachita Gravel Company, Inc. (hereinafter "Ouachita Gravel" or "operator"), is and was, at all pertinent times, an Arkansas corporation, having its principal and chief place of business at 3224 Grisby Ford Road, Malvern, Arkansas.

4.     At all relevant times, Ouachita Gravel was extracting, processing and/or crushing gravel and clay at a quarry operated by it at or near Malvern, Hot Spring County, Arkansas pursuant to 30 U.S.C. § 802(d)(l)(a) and 30 U.S.C. § 802(d).

## COUNT 1

5.     During the inspection on or about July 8, 2013, a MSHA inspector discovered that Ouachita Gravel was in violation of :

        a.      § 104(a) C of the Act and 30 C.F.R. § 56.9300(a); and

        b.      § 104(a) C of the Act and 30 C.F.R. § 56.16006.

6.     The inspector issued two (2) citations bearing numbers 8685310 and 8685311.

7.     On September 10, 2013, a Proposed Assessment Violations and Statement of Account was issued and mailed to Ouachita Gravel.  The proposed aggregate assessment for the two (2) citations bearing numbers 8685310 and 8685311 was $3,590.00.

8.     The Proposed Assessment informed Ouachita Gravel that it had thirty (30) days from receipt of the proposed assessment to:  (1) pay the proposed penalty; or (2) notify MSHA that it contests the Proposed Assessment and request a hearing.  Ouachita Gravel was also informed that the Proposed Assessment would become a final order if it failed to contest the Proposed Assessment, and that the final order would be enforced under the provisions of the Federal Mine Safety Health Act of 1977.

9.     Ouachita Gravel failed to pay the proposed penalty or notify MSHA that it contests the Proposed Assessment and request a hearing.  Consequently, on October 17, 2013 the Proposed Assessment became a final order of the Commission.

10.     The civil penalty became delinquent thirty (30) days after the final order of the Federal Mine Safety and Health Review Commission.  MSHA sent Ouachita Gravel a demand letter on December 2, 2013.  However, MSHA was unable to collect the debt and the debt was referred to the United States Treasury for collection.

11.     A written demand for the sum due was sent to Ouachita Gravel.  However, the amount due remains unpaid.  Interest and additional penalties have been assessed in accordance with 31 U.S.C. §§ 3711(g)(6) and 3717(e), and 28 U.S.C. § 527.

12.     With regard to citation numbers 8685310 and 8685311, Ouachita Gravel is indebted to the plaintiff in the total amount of $5,088.51, which includes the original penalty in the amount of $3,590.00, interest through March 5, 2014, in the amount of $85.00, an additional penalty in the amount of $54.29, Administrative costs in the amount of $10.00, and Department of Treasury Financial Management Services and Department of Justice fees in the amount of $1,349.23. Attached as Exhibit 1 is the Certificate of Indebtedness.

## COUNT 2

13.     The United States adopts and reasserts the allegations set forth in paragraph 1 through 4 hereof as if the same were recited herein verbatim.

14.     During an inspection on or about October 22, 2013, a MSHA inspector discovered Ouachita Gavel was in violation of:

    a.      § 104(a) C of the Act and 30 C.F.R § 56.14101(a)(2);

    b.      § 104(a) C of the Act and 30 C.F.R § 56.12006; and

    c.      § 104(a) C of the Act and 30 C.F.R § 50.30(a).

15.     The inspector issued three (3) citations bearing numbers 8769726-8769728.

16.     On December 10, 2013, a Proposed Assessment Violations Summary was issued and mailed to Ouachita Gavel.  The aggregated assessment for the three (3) citations was $300.

17.     The Proposed Assessment informed Ouachita Gravel that it had thirty (30) days from receipt of the Proposed Assessment to:  (1) pay the proposed penalty; or (2) notify MSHA that it contests the Proposed Assessment and request a hearing.  Ouachita Gravel was also informed

that the Proposed Assessment would become a final order if it failed to contest the Proposed Assessment, and that the final order would be enforced under the provisions of the Federal Mine Safety Health Act of 1977.

18.     Ouachita Gravel failed to pay the proposed penalty or notify MSHA that it contests the Proposed Assessment and request a hearing.  Consequently, the Proposed Assessment became a final order of the Commission on January 15, 2014.

19.     The civil penalty became delinquent thirty (30) days after the final order of the Federal Mine Safety and Health Review Commission.  MSHA sent Ouachita Gravel a demand letter on March 4, 2014.  MSHA was unable to collect the debt and the debt was referred to the United States Treasury for collection.

20.     A written demand for the sum due was sent to Ouachita Gravel.  However, the amount due remains unpaid.  Interest and additional penalties have been assessed in accordance with 31 U.S.C. §§ 3711(g) and 3717(e), and 28 U.S.C. § 527.

21.     With regard to citation numbers 8769726-8769728, Ouachita Gravel is indebted to the plaintiff in the total amount of $438.84, which includes the original penalty in the amount of $300.00, interest through June 18, 2014, in the amount of $7.62, an additional penalty in the amount of $4.86, administrative costs of $10.00, and the Department of Treasury Financial Management Services and Department of Justice fees in the amount of $116.36.  Attached as Exhibit 2 is the Certificate of Indebtedness.

## COUNT 3

22.     The United States adopts and reasserts the allegations set forth in Paragraphs 1 through 4 hereof as if the same were recited herein verbatim.

23.     During an inspection on or about October 30, 2013, a MSHA inspector discovered Ouachita Gravel was in violation of:

    a.      § 104(a) C of the Act and 30 C.F.R. § 56.14112(a)(1);

    b.      § 104 (a) C of the Act and 30 C.F.R. § 56.14107(a);

    c.      § 104(a) C of the Act and 30 C.F.R. § 56.4101;

    d.      § 104(a) C of the Act and 30 C.F.R. § 47.41(a); and

    e.      § 104(a) C of the Act and 30 C.F.R. § 50.30(a).

24.     The inspector issued six (6) citations bearing numbers 8769729-8769734.

25.     On December 10, 2013, a Proposed Assessment Violations Summary was issued and mailed to Ouachita Gravel.  The aggregate assessment for the six (6) citations was $1,763.00.

26.     The Proposed Assessment informed Ouachita Gravel that it had thirty (30) days from receipt of the Proposed Assessment to:  (1) pay the proposed penalty; or (2) notify MSHA that it contests the Proposed Assessment and request a hearing.  Ouachita Gravel was also informed that the Proposed Assessment would become a final order if it failed to contest the Proposed Assessment, and that the final order would be enforced under the provisions of the Federal Mine Safety Health Act of 1977.

27.     Ouachita Gravel failed to pay the proposed penalty or notify MSHA that it contests the Proposed Assessment and request a hearing.  Consequently, the Proposed Assessment became a final order of the Commission on January 15, 2014.

28.     The civil penalty became delinquent thirty (30) days after the final order of the Federal Mine Safety and Health Review Commission.  MSHA sent Ouachita Gravel a demand letter on March 4, 2014.  MSHA was unable to collect the debt and the debt was referred to the United States Treasury for collection.

29.     A written demand for the sum due was sent to Ouachita Gravel.  However, the amount due remains unpaid.  Interest and additional penalties have been assessed in accordance with 31 U.S.C. §§ 3711(g) and 3717(e), and 28 U.S.C. § 527.

30.     With regard to citation numbers 8769729-8769734, Ouachita Gravel is indebted to the plaintiff in the total amount of $2,512.39, which includes the original penalty in the amount of $1,763.00, interest through June 18, 2014, in the amount of $44.81, an additional penalty in the amount of $28.42, administrative costs in the amount of $10.00, and Department of Treasury Financial Management Services and Department of Justice fees in the amount of $666.16. Attached as Exhibit 3 is the Certificate of Indebtedness.

## COUNT 4

31.     The United States adopts and reasserts the allegations set forth in Paragraphs 1 through 4 hereof as if the same were recited herein verbatim.

32.     During an inspection on or about April 2, 2014, a MSHA inspector discovered Ouachita Gravel was in violation of § 104(a) C of the Act and 30 C.F.R. § 50.10(b).

33.     The inspector issued one (1) citation bearing number 8680886.

34.     On June 10, 2014, a Proposed Assessment Violations Summary was issued and mailed to Ouachita Gravel.  The aggregate assessment for the violation was $5,000.00.

35.     The Proposed Assessment informed Ouachita Gravel that it had thirty (30) days from receipt of the Proposed Assessment to:  (1) pay the proposed penalty; or (2) notify MSHA that it contests the Proposed Assessment and request a hearing.  Ouachita Gravel was also informed that the Proposed Assessment would become a final order if it failed to contest the Proposed Assessment, and that the final order would be enforced under the provisions of the Federal Mine Safety Health Act of 1977.

36.     Ouachita Gravel failed to pay the proposed penalty or notify MSHA that it contests the Proposed Assessment and request a hearing.  Consequently, the Proposed Assessment became a final order of the Commission on July 13, 2014.

37.     The civil penalty became delinquent thirty (30) days after the final order of the Federal Mine Safety and Health Review Commission.  MSHA sent Ouachita Gravel a demand letter on August 28, 2014.  MSHA was unable to collect the debt and the debt was referred to the United States Treasury for collection.

38.     A written demand for the sum due was sent to Ouachita Gravel.  However, the amount due remains unpaid.  Interest and additional penalties have been assessed in accordance with 31 U.S.C. §§ 3711(g) and 3717(e), and 28 U.S.C. § 527.

39.     With regard to citation number 8680886, Ouachita Gravel is indebted to the plaintiff in the total amount of $7,096.78, which includes the original penalty in the amount of $5,000.00, interest through December 10, 2014, in the amount of $130.40, an additional penalty in the amount of $84.66, and the Department of Treasury Financial Management Services and Department of Justice fees in the amount of $1,881.72.  Attached as Exhibit 4 is the Certificate of Indebtedness.

## COUNT 5

40.     The United States adopts and reasserts the allegations set forth in Paragraphs 1 through 4 hereof as if the same were recited herein verbatim.

41.     During an inspection on or about August 26, 2014, a MSHA inspector discovered Ouachita Gravel was in violation of:

a.      § 104(a) C of the Act and 30 C.F.R. § 56.12032; and

b.      § 104(a) C of the Act and 30 C.F.R. § 56.11002.

7

42.     The inspector issued two (2) citations bearing numbers 8777469 and 8777470.

43.     On October 7, 2014, a Proposed Assessment Violations Summary was issued and mailed to Ouachita Gravel.  The aggregate assessment for the two (2) citations was $200.00.

44.     The Proposed Assessment informed Ouachita Gravel that it had thirty (30) days from receipt of the Proposed Assessment to:  (1) pay the proposed penalty; or (2) notify MSHA that it contests the Proposed Assessment and request a hearing.  Ouachita Gravel was also informed that the Proposed Assessment would become a final order if it failed to contest the Proposed Assessment, and request a hearing and that the final order would be enforced under the provisions of the Federal Mine Safety Health Act of 1977.

45.     Ouachita Gravel failed to pay the proposed penalty or notify MSHA that it contests the Proposed Assessment and request a hearing.  Consequently, the Proposed Assessment became a final order of the Commission on November 9, 2014.

46.     The civil penalty became delinquent thirty (30) days after the final order of the Federal Mine Safety and Health Review Commission.  MSHA sent Ouachita Gravel a demand letter on December 29, 2014.  MSHA was unable to collect the debt and the debt was referred to the United States Treasury for collection.

47.     A written demand for the sum due was sent to Ouachita Gravel.  However, the amount due remains unpaid.  Interest and additional penalties have been assessed in accordance with 31 U.S.C. §§ 3711(g) and 3717(e), and 28 U.S.C. § 527.

48.     With regard to citation numbers 8777469 and 8777470, Ouachita Gravel is indebted to the plaintiff in the total amount of $275.92, which includes the original penalty in the amount of $200.00, interest through March 4, 2015, in the amount of $2.76, and the Department of

Treasury Financial Management Services and Department of Justice fees in the amount of $73.16. Attached as Exhibit 5 is the Certificate of Indebtedness.

## COUNT 6

49.     The United States adopts and reasserts the allegations set forth in Paragraphs 1 through 4 hereof as if the same were recited herein verbatim.

50.     During an inspection on or about August 26, 2014, the MSHA inspector discovered Ouachita Gravel was in violation of § 104(a) C of the Act and 30 C.F.R. § 56.15020.

51.     The inspector issued one (1) citation bearing number 8777471.

52.     On November 4, 2014, a Proposed Assessment Violations Summary was issued and mailed to Ouachita Gravel.  The aggregate assessment for the one (1) violation was $243.00.

53.     The Proposed Assessment informed Ouachita Gravel that it had thirty (30) days from receipt of the Proposed Assessment to:  (1) pay the proposed penalty; or (2) notify MSHA that it contests the Proposed Assessment and request a hearing.  Ouachita Gravel was also informed that the Proposed Assessment would become a final order if it failed to contest the Proposed Assessment, and request a hearing and that the final order would be enforced under the provisions of the Federal Mine Safety Health Act of 1977.

54.     Ouachita Gravel failed to pay the proposed penalty or notify MSHA that it contests the Proposed Assessment and request a hearing.  Consequently, the Proposed Assessment became a final order of the Commission on December 7, 2014.

55.     The civil penalty became delinquent thirty (30) days after the final order of the Federal Mine Safety and Health Review Commission.  MSHA sent Ouachita Gravel a demand letter on January 26, 2015.  MSHA was unable to collect the debt and the debt was referred to the United States Treasury for collection.

56.     A written demand for the sum due was sent to Ouachita Gravel.  However, the amount due remains unpaid.  Interest and additional penalties have been assessed in accordance with 31 U.S.C. §§ 3711(g) and 3717(e), and 28 U.S.C. § 527.

57.     With regard to citation numbers 8777471, Ouachita Gravel is indebted to the plaintiff in the total amount of $335.24, which includes the original penalty in the amount of $243.00, interest through March 25, 2015, in the amount of $3.35, and the Department of Treasury Financial Management Services and Department of Justice fees in the amount of $88.89.  Attached as Exhibit 6 is the Certificate of Indebtedness.

## COUNT 7

58.     The United States adopts and reasserts the allegations set forth in Paragraphs 1 through 4 hereof as if the same were recited herein verbatim.

59.     During an inspection on or about November 24, 2014, the MSHA inspector discovered Ouachita Gravel was in violation of:

a.      § 104(a) C of the Act and 30 C.F.R. § 50.20(a);

b.      § 104(a) C of the Act and 30 C.F.R. §. 56.4102;

c.      § 104(a) C of the Act and 30 C.F.R. § 56.9300(a);

d.      § 104(a) C of the Act and 30 C.F.R. § 56.12004.

60.     The inspector issued six (6) citations bearing numbers 8684514-8684519.

61.     On January 6, 2015, a Proposed Assessment Violations Summary was issued and mailed to Ouachita Gravel.  The aggregate assessment for the six (6) violation was $972.00.

62.     The Proposed Assessment informed Ouachita Gravel that it had thirty (30) days from receipt of the Proposed Assessment to:  (1) pay the proposed penalty; or (2) notify MSHA that it contests the Proposed Assessment and request a hearing.  Ouachita Gravel was also informed

that the Proposed Assessment would become a final order if it failed to contest the Proposed Assessment, and that the final order would be enforced under the provisions of the Federal Mine Safety Health Act of 1977.

63.     Ouachita Gravel failed to pay the proposed penalty or notify MSHA that it contests the Proposed Assessment and request a hearing.  Consequently, the Proposed Assessment became a final order of the Commission on February 11, 2015.

64.     The civil penalty became delinquent thirty (30) days after the final order of the Federal Mine Safety and Health Review Commission.  MSHA sent Ouachita Gravel a demand letter on March 30, 2014.  MSHA was unable to collect the debt and the debt was referred to the United States Treasury for collection.

65.     A written demand for the sum due was sent to Ouachita Gravel.  However, the amount due remains unpaid.  Interest and additional penalties have been assessed in accordance with 31 U.S.C. §§ 3711(g) and 3717(e), and 28 U.S.C. § 527.

66.     With regard to citation numbers 8684514-8684519, Ouachita Gravel is indebted to the plaintiff in the total amount of $1,338.07, which includes the original penalty in the amount of $972.00, interest through May 27, 2015, in the amount of $11.28, and the Department of Treasury Financial Management Services and Department of Justice fees in the amount of $354.79. Attached as Exhibit 7 is the Certificate of Indebtedness.

## COUNT 8

67.     The United States adopts and reasserts the allegations set forth in Paragraphs 1 through 4 hereof as if the same were recited herein verbatim.

68.     During an inspection on or about April 30, 2015, the MSHA inspector discovered Ouachita Gravel was in violation of:

a.      § 104(a) C of the Act and 30 C.F.R. § 56.14112(b);

b.      § 104(a) C of the Act and 30 C.F.R. § 56.20003(a);

c.      § 104(a) C of the Act and 30 C.F.R. § 56.12030; and

d.      § 104(a) C of the Act and 30 C.F.R. § 56.12004.

69.    The inspector issued four (4) citations bearing numbers 8862647-8862650.

70.    On June 9, 2015, a Proposed Assessment Violations Summary was issued and mailed to Ouachita Gravel.  The aggregate assessment for the four (4) violation was $639.00.

71.    The Proposed Assessment informed Ouachita Gravel that it had thirty (30) days from receipt of the Proposed Assessment to:  (1) pay the proposed penalty; or (2) notify MSHA that it contests the Proposed Assessment and request a hearing.  Ouachita Gravel was also informed that the Proposed Assessment would become a final order if it failed to contest the Proposed Assessment, and that the final order would be enforced under the provisions of the Federal Mine Safety Health Act of 1977.

72.    Ouachita Gravel failed to pay the proposed penalty or notify MSHA that it contests the Proposed Assessment and request a hearing.  Consequently, the Proposed Assessment became a final order of the Commission on July 12, 2015.

73.    The civil penalty became delinquent thirty (30) days after the final order of the Federal Mine Safety and Health Review Commission.  MSHA sent Ouachita Gravel a demand letter on August 27, 2015.  MSHA was unable to collect the debt and the debt was referred to the United States Treasury for collection.

74.    A written demand for the sum due was sent to Ouachita Gravel.  However, the amount due remains unpaid.  Interest and additional penalties have been assessed in accordance with 31 U.S.C. §§ 3711(g) and 3717(e), and 28 U.S.C. § 527.

75.     With regard to citation numbers 8862647-8862650, Ouachita Gravel is indebted to the plaintiff in the total amount of $880.21, which includes the original penalty in the amount of $639.00, interest through October 28, 2015, in the amount of $7.82, and the Department of Treasury Financial Management Services and Department of Justice fees in the amount of $233.39. Attached as Exhibit 8 is the Certificate of Indebtedness.

## COUNT 9

76.     The United States adopts and reasserts the allegations set forth in Paragraphs 1 through 4 hereof as if the same were recited herein verbatim.

77.     During an inspection on or about April 2, 2014, the MSHA inspector discovered Ouachita Gravel was in violation of § 104(g)(1) of the Act and 30 C.F.R. § 46.7(a).

78.     The inspector issued one (1) citation bearing number 8680885.

79.     On August 1, 2014, a Proposed Assessment Violations Summary was issued and mailed to Ouachita Gravel.  The aggregate assessment for the one (1) violation was $52,500.00.

80.     The Proposed Assessment informed Ouachita Gravel that it had thirty (30) days from receipt of the Proposed Assessment to:  (1) pay the proposed penalty; or (2) notify MSHA that it contests the Proposed Assessment and request a hearing.  Ouachita Gravel was also informed that the Proposed Assessment would become a final order if it failed to contest the Proposed Assessment, and that the final order would be enforced under the provisions of the Federal Mine Safety Health Act of 1977.

81.     On August 19, 2014, Mark Wallis, owner of Ouachita Gravel, mailed a notice dated August 18, 2014, that that he was contesting the Proposed Assessment.

82.     On October 14, 2014, the Secretary of Labor filed a Petition for Assessment of Civil Penalty against Ouachita Gravel.  The Petition was filed in response to Ouachita Gravel's request

for a hearing on the proposed penalty.  Ouachita Gravel was sent of copy of the Petition, which advised that Ouachita Gravel had 30 days from the date of service to file an Answer with the Federal Mine Safety and Health Review Commission (Commission).  A timely Answer was not received by the Commission.  As a result, an Order to Show Cause and Order of Default was issued on May 21, 2015, advising Ouachita Gravel that if it wished to contest MSHA's proposed penalties, it must show cause by filing an Answer with the Commission within 30 days of the date of the Order.  If Ouachita Gravel failed to file an Answer, it would be in default, it would be giving up its right to a hearing and the proposed penalties would be immediately due.

83.    Ouachita Gravel failed to answer the Order to Show Cause and Order of Default and failed to pay the proposed penalty.  Consequently, the Proposed Assessment became a final order of the Commission on August 9, 2015.  MSHA sent Ouachita Gravel a demand letter on August 17, 2015.  MSHA was unable to collect the debt and the debt was referred to the United States Treasury for collection.

84.    A written demand for the sum due was sent to Ouachita Gravel.  However, the amount due remains unpaid.  Interest and additional penalties have been assessed in accordance with 31 U.S.C. §§ 3711(g) and 3717(e), and 28 U.S.C. § 527.

85.    With regard to citation number 8680885, Ouachita Gravel is indebted to the plaintiff in the total amount of $72,468.95, which includes the original penalty in the amount of $52,500.00, interest through October 14, 2015, in the amount of $322.19, an additional penalty in the amount of $431.51, and the Department of Treasury Financial Management Services and Department of Justice fees in the amount of $19,215.25.  Attached as Exhibit 9 is the Certificate of Indebtedness.

## COUNT 10

86.     The United States adopts and reasserts the allegations set forth in Paragraphs 1

through 4 hereof as if the same were recited herein verbatim.

87.     During an inspection on or about January 20, 2016, the MSHA inspector discovered

Ouachita Gravel was in violation of § 104(a) C of the Act and 30 C.F.R. § 50.30(a).

88.     The inspector issued one (1) citation bearing number 8960427.

89.     On March 8, 2016, a Proposed Assessment Violations Summary was issued and

mailed to Ouachita Gravel.  The aggregate assessment for the one (1) violation was $100.00.

90.     The Proposed Assessment informed Ouachita Gravel that it had thirty (30) days

from receipt of the Proposed Assessment to:  (1) pay the proposed penalty; or (2) notify MSHA

that it contests the Proposed Assessment and request a hearing.  Ouachita Gravel was also informed

that the Proposed Assessment would become a final order if it failed to contest the Proposed

Assessment, and that the final order would be enforced under the provisions of the Federal Mine

Safety Health Act of 1977.

91.     Ouachita Gravel failed to pay the proposed penalty or notify MSHA that it contests

the Proposed Assessment and request a hearing.  Consequently, the Proposed Assessment became

a final order of the Commission on April 17, 2016.

92.     The civil penalty became delinquent thirty (30) days after the final order of the

Federal Mine Safety and Health Review Commission.  MSHA sent Ouachita Gravel a demand

letter on June 2, 2016.  MSHA was unable to collect the debt and the debt was referred to the

United States Treasury for collection.

93.     A written demand for the sum due was sent to Ouachita Gravel.  However, the amount due remains unpaid.  Interest and additional penalties have been assessed in accordance with 31 U.S.C. §§ 3711(g) and 3717(e), and 28 U.S.C. § 527.

94.     With regard to citation number 8960427, Ouachita Gravel is indebted to the plaintiff in the total amount of $135.45, which includes the original penalty in the amount of $100.00, interest through August 3, 2016, in the amount of $1.07, and the Department of Treasury Financial Management Services and Department of Justice fees in the amount of $34.38.  Attached as Exhibit 10 is the Certificate of Indebtedness.

## COUNT 11

95.     The United States adopts and reasserts the allegations set forth in Paragraphs 1 through 4 hereof as if the same were recited herein verbatim.

96.     During an inspection on or about June 7, 2016, the MSHA inspector discovered Ouachita Gravel was in violation of:

a.      § 104(a) C of the Act and 30 C.F.R. § 56.4201(a)(2); and

b.      § 104(a) C of the Act and 30 C.F.R. § 50.30(a).

97.     The inspector issued three (3) citations bearing numbers 8960531-8960533.

98.     On August 9, 2016, a Proposed Assessment Violations Summary was issued and mailed to Ouachita Gravel.  The aggregate assessment for the three (3) violations was $342.00.

99.     The Proposed Assessment informed Ouachita Gravel that it had thirty (30) days from receipt of the Proposed Assessment to:  (1) pay the proposed penalty; or (2) notify MSHA that it contests the Proposed Assessment and request a hearing.  Ouachita Gravel was also informed that the Proposed Assessment would become a final order if it failed to contest the Proposed

Assessment, and that the final order would be enforced under the provisions of the Federal Mine Safety Health Act of 1977.

100.     Ouachita Gravel failed to pay the proposed penalty or notify MSHA that it contests the Proposed Assessment and request a hearing.  Consequently, the Proposed Assessment became a final order of the Commission on October 10, 2016.

101.     The civil penalty became delinquent thirty (30) days after the final order of the Federal Mine Safety and Health Review Commission.  MSHA sent Ouachita Gravel a demand letter on November 25, 2016.  MSHA was unable to collect the debt and the debt was referred to the United States Treasury for collection.

102.     A written demand for the sum due was sent to Ouachita Gravel.  However, the amount due remains unpaid.  Interest and additional penalties have been assessed in accordance with 31 U.S.C. §§ 3711(g) and 3717(e), and 28 U.S.C. § 527.

103.     With regard to citation numbers 8960531-8960533, Ouachita Gravel is indebted to the plaintiff in the total amount of $468.00, which includes the original penalty in the amount of $342.00, interest through January 25, 2017, in the amount of $4.62, an additional penalty in the amount of $2.58, and the Department of Treasury Financial Management Services and Department of Justice fees in the amount of $118.80.  Attached as Exhibit 11 is the Certificate of Indebtedness.

## COUNT 12

104.     The United States adopts and reasserts the allegations set forth in Paragraphs 1 through 4 hereof as if the same were recited herein verbatim.

105.     During an inspection on or about February 22, 2017, the MSHA inspector discovered Ouachita Gravel was in violation of :

    a.      § 104(a) C of the Act and 30 C.F.R. § 46.9(a);

      b.       § 104(a) C of the Act and 30 C.F.R. § 50.30(a);

      c.       § 104(a) C of the Act and 30 C.F.R. § 56.12028; and

      d.       § 104(a) C of the Act and 30 C.F.R. § 56.18002(b).

106.    The inspector issued six (6) citations bearing numbers 8972251-8972256.

107.    On April 4, 2017, a Proposed Assessment Violations Summary was issued and mailed to Ouachita Gravel.  The aggregate assessment for the six (6) violations was $696.00.

108.    The Proposed Assessment informed Ouachita Gravel that it had thirty (30) days from receipt of the Proposed Assessment to:  (1) pay the proposed penalty; or (2) notify MSHA that it contests the Proposed Assessment and request a hearing.  Ouachita Gravel was also informed that the Proposed Assessment would become a final order if it failed to contest the Proposed Assessment, and that the final order would be enforced under the provisions of the Federal Mine Safety Health Act of 1977.

109.    Ouachita Gravel failed to pay the proposed penalty or notify MSHA that it contests the Proposed Assessment and request a hearing.  Consequently, the Proposed Assessment became a final order of the Commission on June 5, 2017.

110.    The civil penalty became delinquent thirty (30) days after the final order of the Federal Mine Safety and Health Review Commission.  MSHA sent Ouachita Gravel a demand letter on July 21, 2017.  MSHA was unable to collect the debt and the debt was referred to the United States Treasury for collection.

111.    A written demand for the sum due was sent to Ouachita Gravel.  However, the amount due remains unpaid.  Interest and additional penalties have been assessed in accordance with 31 U.S.C. §§ 3711(g) and 3717(e), and 28 U.S.C. § 527.

112.    With regard to citation numbers 8972251-8972256, Ouachita Gravel is indebted to the plaintiff in the total amount of $952.48, which includes the original penalty in the amount of $696.00, interest through September 27, 2017, in the amount of $9.42 an additional penalty in the amount of $5.28, and the Department of Treasury Financial Management Services and Department of Justice fees in the amount of $241.78.  Attached as Exhibit 12 is the Certificate of Indebtedness.

WHEREFORE, the United States requests a judgment against the Defendant in the amount of $91,990.65, plus costs, prejudgment interest to the date of judgment, and such further relief as the Court deems appropriate.  Plaintiff demands, pursuant to 28 U.S.C. Section 1961(a), that interest on the judgment be at the legal rate until paid in full.

DUANE (DAK) KEES
UNITED STATES ATTORNEY

By: *Mark W. Webb*

Mark W. Webb
Assistant U. S. Attorney
Ark. Bar Number 77141
414 Parker Avenue
Ft. Smith, AR  72901
Phone:  (479) 494-4060
Fax:  (479) 441-0569
Email:  mark.webb@usdoj.gov

19



**DEPARTMENT OF THE TREASURY**
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. DEPARTMENT OF LABOR
MINE SAFETY AND HEALTH ADMINISTRATION
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and
Address (es):

Ouachita Gravel Co., Inc.
3224 Grigsby Ford Road
Malvern, AR 72104

Treasury Claim No. TRFM2014086697

**Total debt due United States as of March 28, 2018:**
**Principal: $3,590.00**
**Interest (through 03/05/14*): $   85.00**
**Penalty: $   54.28**
**Admin.: $   10.00**
**Treasury & DOJ fees: $1,349.23**
(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), and 28 U.S.C. 527)
TOTAL: $5,088.51

*As per the program profile provided by MSHA to the Bureau of Fiscal Service, no additional interest has been accrued on this debt since the above-referenced date.

I certify that the U. S. Department of Labor, Mine Safety and Health Administration (MSHA) records show that the debtor named above is indebted to the United States in the amount stated above.

The claim arose in connection with two violations of the Mine Safety and Health Act of 1970, 30 U.S.C. 801, et seq. and MSHA regulations at 30 C.F.R. 100 as noted during a July 2013 inspection of debtor's Ouachita Gravel #2 work-site, in Hot Spring, Arkansas, conducted by the U.S. Department of Labor, Mine Safety and Health Administration.

**CERTIFICATION:**  Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U. S. Department of Labor, Mine Safety and Health Administration.

Date: 3/28/18

Regina Crisafulli
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service

**EXHIBIT 1**



# DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

## ACTING ON BEHALF OF
## U.S. DEPARTMENT OF LABOR
## MINE SAFETY AND HEALTH ADMINISTRATION
## CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and
Address (es):

Ouachita Gravel Co., Inc.
3224 Grigsby Ford Road
Malvern, AR 72104

Treasury Claim No. TRFM2014167123

**Total debt due United States as of March 28, 2018:**
**Principal: $300.00**
**Interest (through 06/18/14*): $   7.62**
**Penalty: $   4.86**
**Admin.: $  10.00**
**Treasury & DOJ fees: $116.36**
(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), and 28 U.S.C. 527)
TOTAL: $438.84

*As per the program profile provided by MSHA to the Bureau of Fiscal Service, no additional interest has been accrued on this debt since the above-referenced date.

I certify that the U. S. Department of Labor, Mine Safety and Health Administration (MSHA) records show that the debtor named above is indebted to the United States in the amount stated above.

The claim arose in connection with three violations of the Mine Safety and Health Act of 1970, 30 U.S.C. 801, et seq. and MSHA regulations at 30 C.F.R. 100 as noted during an October 2013 inspection of debtor's Portable Plant Gourdneck work-site, in Hot Spring, Arkansas, conducted by the U.S. Department of Labor, Mine Safety and Health Administration.

**CERTIFICATION:**  Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U. S. Department of Labor, Mine Safety and Health Administration.

Date: 3 / 28 / 2018

Regina Crisanlli
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service

# EXHIBIT 2



DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC  20227

ACTING ON BEHALF OF
U.S. DEPARTMENT OF LABOR
MINE SAFETY AND HEALTH ADMINISTRATION
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and
Address (es):

Ouachita Gravel Co., Inc.
3224 Grigsby Ford Road
Malvern, AR 72104

Treasury Claim No. TRFM2014167134

**Total debt due United States as of March 28, 2018:**
**Principal: $1,763.00**
**Interest (through 06/18/14*): $   44.81**
**Penalty: $   28.42**
**Admin.: $   10.00**
**Treasury & DOJ fees: $  666.16**
(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), and 28 U.S.C. 527)
TOTAL: $2,512.39

*As per the program profile provided by MSHA to the Bureau of Fiscal Service, no additional interest has been accrued on this debt since the above-referenced date.

I certify that the U. S. Department of Labor, Mine Safety and Health Administration (MSHA)  records show that the debtor named above is indebted to the United States in the amount stated above.

The claim arose in connection with six violations of the Mine Safety and Health Act of 1970, 30 U.S.C. 801, et seq. and MSHA regulations at 30 C.F.R. 100 as noted during an October 2013 inspection of debtor's Ouachita Gravel #2 work-site, in Hot Spring, Arkansas, conducted by the U.S. Department of Labor, Mine Safety and Health Administration.

**CERTIFICATION:**  Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U. S. Department of Labor, Mine Safety and Health Administration.

Date:  3 /28/2018

Regina Crisafulli
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service

**EXHIBIT 3**



DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. DEPARTMENT OF LABOR
MINE SAFETY AND HEALTH ADMINISTRATION
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and
Address (es):

Ouachita Gravel Co., Inc.
3224 Grigsby Ford Road
Malvern, AR 72104

Treasury Claim No. TRFM2014356449

**Total debt due United States as of March 28, 2018:**
**Principal: $5,000.00**
**Interest (through 12/10/14*): $ 130.40**
**Penalty: $ 84.66**
**Treasury & DOJ fees: $1,881.72**
(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), and 28 U.S.C. 527)
TOTAL: $7,096.78

*As per the program profile provided by MSHA to the Bureau of Fiscal Service, no additional interest has been accrued on this debt since the above-referenced date.

I certify that the U. S. Department of Labor, Mine Safety and Health Administration (MSHA) records show that the debtor named above is indebted to the United States in the amount stated above.

The claim arose in connection with one violation of the Mine Safety and Health Act of 1970, 30 U.S.C. 801, et seq. and MSHA regulations at 30 C.F.R. 100 as noted during an April 2014 inspection of debtor's Ouachita Gravel #2 work-site, in Hot Spring, Arkansas, conducted by the U.S. Department of Labor, Mine Safety and Health Administration.

**CERTIFICATION:**  Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U. S. Department of Labor, Mine Safety and Health Administration.

Date: 3/28/2018

Regina Crisafulli
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service

**EXHIBIT 4**



DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. DEPARTMENT OF LABOR
MINE SAFETY AND HEALTH ADMINISTRATION
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and
Address (es):

Ouachita Gravel Co., Inc.
3224 Grigsby Ford Road
Malvern, AR 72104

Treasury Claim No. TRFM2015065418

**Total debt due United States as of March 28, 2018:**
**Principal: $200.00**
**Interest (through 03/04/15*): $      2.76**
**Treasury & DOJ fees: $   73.16**
(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), and 28 U.S.C. 527)
TOTAL: $275.92

*As per the program profile provided by MSHA to the Bureau of Fiscal Service, no additional interest has been accrued on this debt since the above-referenced date.

I certify that the U. S. Department of Labor, Mine Safety and Health Administration (MSHA) records show that the debtor named above is indebted to the United States in the amount stated above.

The claim arose in connection with one violation of the Mine Safety and Health Act of 1970, 30 U.S.C. 801, et seq. and MSHA regulations at 30 C.F.R. 100 as noted during an August 2014 inspection of debtor's Ouachita Gravel #2 work-site, in Hot Spring, Arkansas, conducted by the U.S. Department of Labor, Mine Safety and Health Administration.

**CERTIFICATION:** Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U. S. Department of Labor, Mine Safety and Health Administration.

Date: 3 /28 /2018

Regina Crisafulli
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service

**EXHIBIT 5**



**DEPARTMENT OF THE TREASURY**
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. DEPARTMENT OF LABOR
MINE SAFETY AND HEALTH ADMINISTRATION
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and
Address (es):

Ouachita Gravel Co., Inc.
3224 Grigsby Ford Road
Malvern, AR 72104

Treasury Claim No. TRFM1500086733

**Total debt due United States as of March 28, 2018:**
**Principal: $243.00**
**Interest (through 03/25/15*): $   3.35**
**Treasury & DOJ fees: $  88.89**
(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), and 28 U.S.C. 527)
TOTAL: $335.24

*As per the program profile provided by MSHA to the Bureau of Fiscal Service, no additional interest has been accrued on this debt since the above-referenced date.

I certify that the U. S. Department of Labor, Mine Safety and Health Administration (MSHA) records show that the debtor named above is indebted to the United States in the amount stated above.

The claim arose in connection with one violation of the Mine Safety and Health Act of 1970, 30 U.S.C. 801, et seq. and MSHA regulations at 30 C.F.R. 100 as noted during an August 2014 inspection of debtor's Ouachita Gravel #2 work-site, in Hot Spring, Arkansas, conducted by the U.S. Department of Labor, Mine Safety and Health Administration.

CERTIFICATION:  Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U. S. Department of Labor, Mine Safety and Health Administration.

Date: 3 / 28/2018

Regina Crisafulli
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service

**EXHIBIT 6**



**DEPARTMENT OF THE TREASURY**
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC  20227

ACTING ON BEHALF OF
U.S. DEPARTMENT OF LABOR
MINE SAFETY AND HEALTH ADMINISTRATION
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and
Address (es):

Ouachita Gravel Co., Inc.
3224 Grigsby Ford Road
Malvern, AR 72104

Treasury Claim No. TRFM1500141256

**Total debt due United States as of March 28, 2018:**
**Principal: $972.00**
**Interest (through 05/27/15*): $  11.28**
**Treasury & DOJ fees: $354.79**
(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), and 28 U.S.C. 527)
TOTAL: $1,338.07

*As per the program profile provided by MSHA to the Bureau of Fiscal Service, no additional interest has been accrued on this debt since the above-referenced date.

I certify that the U. S. Department of Labor, Mine Safety and Health Administration (MSHA)  records show that the debtor named above is indebted to the United States in the amount stated above.

The claim arose in connection with six violations of the Mine Safety and Health Act of 1970, 30 U.S.C. 801, et seq. and MSHA regulations at 30 C.F.R. 100 as noted during a November 2014 inspection of debtor's Ouachita Gravel #2 work-site, in Hot Spring, Arkansas, conducted by the U.S. Department of Labor, Mine Safety and Health Administration.

**CERTIFICATION:**  Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U. S. Department of Labor, Mine Safety and Health Administration.

Date: 3/28

Regina Crisafulli
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service

**EXHIBIT 7**



**DEPARTMENT OF THE TREASURY**
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. DEPARTMENT OF LABOR
MINE SAFETY AND HEALTH ADMINISTRATION
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and
Address (es):

Ouachita Gravel Co., Inc.
3224 Grigsby Ford Road
Malvern, AR 72104

Treasury Claim No. TRFM1500296084

**Total debt due United States as of March 28, 2018:**
**Principal: $639.00**
**Interest (through 10/28/15*): $   7.82**
**Treasury & DOJ fees: $233.39**
**(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), and 28 U.S.C. 527)**
**TOTAL:  $880.21**

*As per the program profile provided by MSHA to the Bureau of Fiscal Service, no additional interest has been accrued on this debt since the above-referenced date.

I certify that the U. S. Department of Labor, Mine Safety and Health Administration (MSHA) records show that the debtor named above is indebted to the United States in the amount stated above.

The claim arose in connection with four violations of the Mine Safety and Health Act of 1970, 30 U.S.C. 801, et seq. and MSHA regulations at 30 C.F.R. 100 as noted during an April 2015 inspection of debtor's Ouachita Gravel #2 work-site, in Hot Spring, Arkansas, conducted by the U.S. Department of Labor, Mine Safety and Health Administration.

**CERTIFICATION:**  Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U. S. Department of Labor, Mine Safety and Health Administration.

Date: 3/28/2018

Regina Crisafulli
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service

**EXHIBIT 8**



**DEPARTMENT OF THE TREASURY**
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC  20227

ACTING ON BEHALF OF
U.S. DEPARTMENT OF LABOR
MINE SAFETY AND HEALTH ADMINISTRATION
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and
Address (es):

Ouachita Gravel Co., Inc.
3224 Grigsby Ford Road
Malvern, AR 72104

Treasury Claim No. TRFM1500289312

**Total debt due United States as of March 28, 2018:**
**Principal: $52,500.00**
**Interest (through 10/14/15*): $    322.19**
**Penalty: $    431.51**
**Treasury & DOJ fees: $19,215.25**
(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), and 28 U.S.C. 527)
TOTAL: $72,468.95

*As per the program profile provided by MSHA to the Bureau of Fiscal Service, no additional interest has been accrued on this debt since the above-referenced date.

I certify that the U. S. Department of Labor, Mine Safety and Health Administration (MSHA)  records show that the debtor named above is indebted to the United States in the amount stated above.

The claim arose in connection with one violation of the Mine Safety and Health Act of 1970, 30 U.S.C. 801, et seq. and MSHA regulations at 30 C.F.R. 100 as noted during an April 2014 inspection of debtor's Ouachita Gravel #2 work-site, in Hot Spring, Arkansas, conducted by the U.S. Department of Labor, Mine Safety and Health Administration.

CERTIFICATION:  Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U. S. Department of Labor, Mine Safety and Health Administration.

Date: 3 / 28 / 2018

Regina Crisafulli
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service

**EXHIBIT 9**



**DEPARTMENT OF THE TREASURY**
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC  20227

ACTING ON BEHALF OF
U.S. DEPARTMENT OF LABOR
MINE SAFETY AND HEALTH ADMINISTRATION
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and
Address (es):

Ouachita Gravel Co., Inc.
3224 Grigsby Ford Road
Malvern, AR 72104

Treasury Claim No. TRFM1600280564

**Total debt due United States as of March 28, 2018:**
**Principal: $100.00**
**Interest (through 08/03/16*): $    1.07**
**Treasury & DOJ fees: $   34.38**
(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), and 28 U.S.C. 527)
TOTAL:  $135.45

*As per the program profile provided by MSHA to the Bureau of Fiscal Service, no additional interest has been accrued on this debt since the above-referenced date.

I certify that the U. S. Department of Labor, Mine Safety and Health Administration (MSHA)  records show that the debtor named above is indebted to the United States in the amount stated above.

The claim arose in connection with one violation of the Mine Safety and Health Act of 1970, 30 U.S.C. 801, et seq. and MSHA regulations at 30 C.F.R. 100 as noted during a January 2016 inspection of debtor's Ouachita Gravel #2 work-site, in Hot Spring, Arkansas, conducted by the U.S. Department of Labor, Mine Safety and Health Administration.

**CERTIFICATION:**  Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U. S. Department of Labor, Mine Safety and Health Administration.

Date: 3 /28/20 18

Regina Crisafulli
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service

**EXHIBIT 10**



**DEPARTMENT OF THE TREASURY**
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC  20227

ACTING ON BEHALF OF
U.S. DEPARTMENT OF LABOR
MINE SAFETY AND HEALTH ADMINISTRATION
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and
Address (es):

Ouachita Gravel Co., Inc.
3224 Grigsby Ford Road
Malvern, AR 72104

Treasury Claim No. TRFM1700218976

**Total debt due United States as of March 28, 2018:**
**Principal: $342.00**
**Interest (through 01/25/17*): $    4.62**
**Penalty: $    2.58**
**Treasury & DOJ fees: $118.80**
(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), and 28 U.S.C. 527)
TOTAL:  $468.00

*As per the program profile provided by MSHA to the Bureau of Fiscal Service, no additional interest has been accrued on this debt since the above-referenced date.

I certify that the U. S. Department of Labor, Mine Safety and Health Administration (MSHA)  records show that the debtor named above is indebted to the United States in the amount stated above.

The claim arose in connection with three violations of the Mine Safety and Health Act of 1970, 30 U.S.C. 801, et seq. and MSHA regulations at 30 C.F.R. 100 as noted during a June 2016 inspection of debtor's Ouachita Gravel #2 work-site, in Hot Spring, Arkansas, conducted by the U.S. Department of Labor, Mine Safety and Health Administration.

**CERTIFICATION:**  Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U. S. Department of Labor, Mine Safety and Health Administration.

Date: 3/28/2018

Regina Crisafulli
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service

**EXHIBIT 11**



**DEPARTMENT OF THE TREASURY**
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC  20227

ACTING ON BEHALF OF
U.S. DEPARTMENT OF LABOR
MINE SAFETY AND HEALTH ADMINISTRATION
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and
Address (es):

Ouachita Gravel Co., Inc.
3224 Grigsby Ford Road
Malvern, AR 72104

Treasury Claim No. TRFM1702050423

**Total debt due United States as of March 28, 2018:**
**Principal: $696.00**
**Interest (through 09/27/17*): $    9.42**
**Penalty: $    5.28**
**Treasury & DOJ fees: $241.78**
(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), and 28 U.S.C. 527)
TOTAL:  $952.48

*As per the program profile provided by MSHA to the Bureau of Fiscal Service, no additional interest has
been accrued on this debt since the above-referenced date.

I certify that the U. S. Department of Labor, Mine Safety and Health Administration (MSHA)  records show
that the debtor named above is indebted to the United States in the amount stated above.

The claim arose in connection with six violations of the Mine Safety and Health Act of 1970, 30 U.S.C. 801,
et seq. and MSHA regulations at 30 C.F.R. 100 as noted during a February 2017 inspection of debtor's
Ouachita Gravel #2 work-site, in Hot Spring, Arkansas, conducted by the U.S. Department of Labor, Mine
Safety and Health Administration.

**CERTIFICATION:**  Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true
and correct to the best of my knowledge and belief based upon information provided by the U. S.
Department of Labor, Mine Safety and Health Administration.

Date: ___3 /28 /2018___

_____
Regina Crisafulli
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service

**EXHIBIT 12**