IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                )
                         Plaintiff       )
v.                                                              )    No.6:18-cv-06093-SOH
                                              )
OUACHITA GRAVEL COMPANY, INC.   )
                         Defendant     )

## RESPONSE TO COMPLAINT

Comes now Ouachita Gravel Company, Inc., by and through its attorneys, Walthall Law Firm, P.A., and for its Response to the Complaint filed herein states:

1. Defendant admits the jurisdiction of this Court.

2. The Defendant admits its principal business as stated in paragraph 4 of Plaintiff's Complaint.

3. Defendant admits that the Mine Safety Administration has attempted to collect funds from it for years for violations that were disputed or even invalid at the time the citations were issued. The Defendant has been in regular telephone contact with State Office for the Mine Safety Administration and had been in that conference mode with the agent in charge.

4. Without reviewing each of the alleged citations, the Defendant must, for purposes of joining issues, deny the validity of all citations mentioned herein.

5. Additionally, the Defendant specifically denies any indebtedness to the Federal Government on Citation No. 8680885. Paragraph 81 of the Plaintiff's Complaint acknowledges the protest of the President of Ouachita Gravel Company, Inc. to the assessment mentioned in this Count (Count 9 of the Plaintiff's Complaint). Defendant prays that all Counts, 1 through 12 be denied and that the Plaintiff be required to show strict proof of the receipt of all notices

professed to have been served upon or mailed to this Defendant.

6. Should Plaintiff's Complaint be granted in whole or in part, the imposition of the fines and collection costs will bankrupt the Defendant.

**WHEREFORE, PREMISES CONSIDERED,** the Defendant prays that the Plaintiff's Complaint regarding Counts 1 through 12 be dismissed and held for naught and that they take nothing therefrom.

OUACHITA GRAVEL COMPANY, INC.

By: _____
G. Christopher Walthall, 74152
Walthall Law Firm, P.A.
447 East Page Ave.
Malvern, AR 72104
501-337-0272
cwalthall@wlfattorney.com

### CERTIFICATE OF SERVICE

The undersigned, G. Christopher Walthall, does hereby certify that a copy of the foregoing pleading has been served upon Mark W. Webb, Assistant U.S. Attorney, 414 Parker Ave. Ft. Smith, Arkansas 72901 by placing a copy of same in the U.S. Mail, postage prepaid, on this the 22 day of Oct_____, 2018.

_____
G. Christopher Walthall