IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | |
| v. | ) | No.  6:18-cv-06093-RTD |
| | ) | |
| OUACHITA GRAVEL COMPANY, INC. | ) | |
| Defendant | ) | |

**NOTICE OF WITHDRAW COMPLAINT COUNTS AND
MOTION TO DISMISS COUNTS NOT ALREADY ADJUDICATED**

Now comes the United States of America and provides notice of its decision to withdraw claims for outstanding debt, penalties, and interest associated with the Federal Mine Safety and Health Act of 1977 (Mine Act) violations identified in Counts 2-4 and 10-12 of the Complaint. As the Court has held in favor of the United States with respect to the remaining Complaint counts (nos. 1 and 5-9), there remain no issues for resolution in this proceeding, and the United States moves for dismissal of the remaining counts (nos. 2-4 and 10-12) and termination of the proceeding.  In support of this motion, the United States states:

1. On October 1, 2018, the United States filed a Complaint alleging that Ouachita Gravel Company, Inc. (Ouachita) failed to make payment on proposed penalties that had become final orders, due and owing to the United States, by operation of the Mine Act. The Complaint sought payment in the amount of $91,990.65, plus costs and prejudgment interest to the date of judgment.

2. The Complaint contained 12 counts alleging individual Mine Act violations or groups of Mine Act violations for which penalty payment was due and owing to the United States.

3. On August 21, 2019, the United States moved for partial summary judgment seeking judgment with respect to monies owed, as well as penalties and interest, for Mine Act violations described in Counts 1 and 5-9 of the Complaint.

4. On October 21, 2019, this Court granted partial summary judgment, ordering Ouachita to pay $80,386.90 for outstanding debt associated with the Mine Act violations described in Counts 1 and 5-9 of the Complaint.

5. Given the significant percentage of the relief sought in the Complaint that was awarded to the United States in the order granting partial summary judgment, and the costs and resources that the parties and the Court would be required to expend to reach final judgment on the remaining outstanding debt, the United States has decided not to proceed with respect to monies owed, as well as penalties and interest, associated with the Mine Act violations identified in Counts 2-4 and 10-12 of the Complaint. Thus, the United States is withdrawing Counts 2-4 and 10-12 of the Complaint from the issues for which it seeks resolution in this proceeding or future proceedings.

**WHEREFORE**, the United States moves for dismissal of the Complaint counts (nos. 2-4 and 10-12) that have not already been adjudicated in favor of the United States and for the termination of this proceeding with recognition of the decision granting partial summary judgment ordering Ouachita to pay $80,386.90 for outstanding debt associated with the Mine Act violations described in Counts 1 and 5-9 of the Complaint.

DUANE (DAK) KEES
UNITED STATES ATTORNEY

By: */s/ Candace L. Taylor*
    Candace L. Taylor
    Assistant U. S. Attorney
    Ark. Bar Number 98083
    414 Parker Avenue
    Ft. Smith, AR  72901
    Phone:  (479) 783-5125
    Fax:  (479) 441-0569
    Email:  candace.taylor@usdoj.gov

CERTIFICATE OF SERVICE

      I, Candace L. Taylor, Assistant U.S. Attorney for the Western District of Arkansas, hereby certify that on November 1, 2019, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF System and I hereby certify that I have mailed the document by the United States Postal Service via certified mail to the following non CM/ECF participants:

Ouachita Gravel Company, Inc.
c/o Mark Wallis, Registered Agent
P. O. Box 216
Malvern, AR 72l04

      */s/ Candace L. Taylor*
      Candace L. Taylor