IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.                              NO. 6:18-CV-06093-RTD

OUACHITA GRAVEL COMPANY, INC.                                               DEFENDANT

## JUDGMENT

For the reasons set forth in the Memorandum Opinion & Order (ECF No. 22) filed October 21, 2019, it is HEREBY ORDERED AND ADJUDGED that Plaintiff, United States of America, should have and recover of and from Defendant, Ouachita Gravel Company, Inc., judgment in the amount of $80,386.90, as of this date, plus interest upon the judgment.

IT IS SO ORDERED this 18th day of November 2019.

/s/ Robert T. Dawson
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE